NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER SCOTT BARKSDALE, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2014-5108

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00066-TCW, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Appellant submits a "Motion for Stay Pending Review" and a "Motion to Strike Defendant-Appellee['s] Informal Brief and Supplemental Appendix."

To the extent that appellant is arguing the merits of his appeal those arguments belong in his brief.

2                                    BARKSDALE v. US

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19